1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

INDEX NEWSPAPERS LLC,

 Petitioner,

  vs.

UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF WASHINGTON,

 Respondent.

REAL PARTIES IN INTEREST:

UNITED STATES OF AMERICA,

KATHERINE OLEJNIK,

AND MATTHEW DURAN.

 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )

CAUSE NO.  13-71021

NOTICE OF UNAVAILABILITY

  Please note that counsel for the Petitioner will be unavailable and out of the country between August 12, 2013, and August 23, 2013.

  DATED this 10th day of August 2013.

   Respectfully submitted,

   /s/ Neil M. Fox
   NEIL M. FOX
   WSBA NO. 15277
   Attorney for Petitioner
   Law Office of Neil Fox, PLLC
   2003 Western Ave. Suite 330
   Seattle WA 98121

   Telephone: 206-728-5440
   Fax:  206-448-2252
   e-mail: nf@neilfoxlaw.com

NOTICE OF UNAVAILABILITY - Page 1

1

2

## CERTIFICATE OF SERVICE

3          I hereby certify that on the 10th day of August 2013, I electronically filed
the foregoing with the Clerk of the Court using the CM/ECF system which will
send notification of such filing to attorneys of record for the Real Parties of
Interest and other parties,

4

5          I certify or declare under penalty of perjury that the foregoing is true and
correct, this 10th day of August 2013, at Seattle WA.

6

7          /s/Neil M. Fox
NEIL M. FOX
WSBA NO. 15277

8    Attorney for Petitioner
Law Office of Neil Fox, PLLC

9    2003 Western Ave. Suite 330
Seattle WA 98121

10   Telephone: 206-728-5440
Fax:        206-448-2252

11   e-mail:     nf@neilfoxlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF UNAVAILABILITY - Page 2

**Law Office of Neil Fox, PLLC**
**Market Place One, Suite 330**
**2003 Western Avenue**
**Seattle, Washington 98121**
**206-728-5440**